## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:22-CR-00221** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JARON MITCHELL** | **MAGISTRATE JUDGE DAVID J. AYO** |

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the Defendant's waiver of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 35] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the Plea Agreement filed into the record of these proceedings, the guilty plea of the Defendant, Jaron Mitchell, is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the Report and Recommendation. [Doc. 35].

THUS, DONE AND SIGNED in Chambers on this 21st day of December 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE